**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11069 (CTG) |
| Daniel H. Golden, as Liquidating Trustee for the Yellow Liquidating Trust,[2]<br><br>Plaintiff,<br><br>vs.<br><br>Bullock's Towing Inc.,<br><br>Defendant. | Adv. No. 25-51297 |

**NOTICE OF SCHEDULING OF MEDIATION**

PLEASE TAKE NOTICE that, pursuant to the Court's Order Establishing Streamlined Procedures the above-captioned adversary proceeding has been scheduled for mediation before Eric J. Haber, Esq. (the "Mediator") on September 24, 2026 at 10:00 a.m. ET (Eastern Time) via video conferencing.

PLEASE TAKE FURTHER NOTICE that the time and location of the mediation is subject to change by the Mediator upon reasonable notice.

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Pursuant to Federal Rule of Civil Procedure 25, Bankruptcy Rule 7025, and as provided in the Liquidating Trust Agreement, the Trustee is the successor in interest to the Debtors in this action and is substituted as the Plaintiff. Any reference to "Plaintiff" is either in reference to the Debtors or the Trustee as their successor in interest, as applicable.

Dated: August 27, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

By: *<u>/s/ Peter J. Keane</u>*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
Edward Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

*-and-*

**ASK LLP**
Joseph L. Steinfeld, Jr., MN SBN 0266292
«Secondary_Assign_Name»
«Secondary_Assign_Bar_No»
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: «Secondary_Assign_Phone»
Email: «Secondary_Assign_Email»

*Counsel for Plaintiff*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG) |
| Daniel H. Golden, as Liquidating Trustee for the Yellow Liquidating Trust,<br><br>Plaintiff,<br><br>vs.<br><br>Bullock's Towing Inc.,<br><br>Defendant. | Adv. No. 25-51297 |

**CERTIFICATE OF SERVICE**

I, Joseph L. Steinfeld, Jr., Esquire, hereby certify that on August 27, 2026, a copy of the ***Notice of Scheduling of Mediation*** was caused to be served on the following via First-Class Mail:

Gregory W. Hauswirth, Esq.
CAROTHERS & HAUSWIRTH LLP
Foster Plaza 10
680 Andersen Dr Ste 230
Pittsburgh, PA 15220

Dated: August 27, 2026

**ASK LLP**

By: /s/ *Joseph L. Steinfeld, Jr*
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 289-3845
Email: jsteinfeld@askllp.com

*Counsel for Plaintiff*